Jeanne L. Zimmer (SBN 123321)
zimmerj@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
yeomansk@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
MIDLAND FUNDING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. SALMAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MIDLAND FUNDING, LLC,<br><br>　　　　　Defendant. | CASE NO. 8:13-CV-00679-DOC-SH<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that Keith A. Yeomans hereby enters his appearance as counsel of record and associating in as counsel of record for Defendant, Midland Funding, LLC.

Dated: August 12, 2013　　　　　By:　　/s/ Keith A. Yeomans

　　　　　　　　　　　　　　　　　　　　Jeanne L. Zimmer
　　　　　　　　　　　　　　　　　　　　Martin Schannong
　　　　　　　　　　　　　　　　　　　　Keith A. Yeomans
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

1