JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.   SACV 13-0679-DOC(SHx) | Date   August 12, 2013 |
| Title   TIMOTHY L. SALMAS -V- MIDLAND FUNDING LLC | |

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Julie Barrera | C/S 8-12-13 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | Keith Yeomans |

Proceedings:   SCHEDULING CONFERENCE

    The case is called and counsel makes his appearance.  The Court confers with counsel.  The Court dismisses the case without prejudice.  The Court will allow plaintiff to file an objection to the dismissal.  Any objection to the dismissal to be filed no later than September 13, 2013.

|  | : | 07 |
|---|---|---|
| Initials of Clerk | jcb | |