JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 13-0679-DOC (SHx)            Date: August 28, 2013

Title: SALMAS V. MIDLAND FUNDING LLC

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                 None Present

**PROCEEDINGS (IN CHAMBERS):**    **ORDER SETTING ASIDE DISMISSAL AND REOPENING THE CASE**

      On June 5, 2013, this Court issued an Order (Dkt. 6) setting a scheduling conference for August 12, 2013, at 8:30am, in Courtroom 9-D of the Santa Ana Federal Courthouse. The Order, which was entitled "Order Setting Scheduling Conference for August 12, 2013, at 8:30am, Courtroom 9-D," included the words "**READ IMMEDIATELY**" in bold and underlined lettering at the top of the first page. *See* Order at 1 (emphasis in original). It also included the following instruction: "Personal appearance is required at all court appearances. Under no circumstances should counsel, or a party if the party is appearing *pro se*, fail to appear at a court appearance unless the appearance has been waived by prior order of the Court." *Id.* at 4. The Court did not waive any appearances prior to the August 12, 2013, scheduling conference.

      On August 12, 2013, *pro se* Plaintiff Timothy Salmas failed to appear at the scheduling conference. The Court dismissed his case without prejudice and, because he is *pro se*, stated that it would allow him to file an objection to the dismissal no later than September 13, 2013. *See* Minutes of Scheduling Conference (Dkt. 9). The Court indicated to counsel for Defendant, who *did* show up, that, because some leeway must be given to a *pro se* party who is appearing for the first time, the Court would be inclined to set aside the dismissal if Plaintiff stated his intention to continue prosecuting the case.

      Plaintiff has filed an Objection (Dkt. 10) to the dismissal. In it, he states that he "was unable to attend to the hearing on August 12, 2013, as he was out of the country on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 13-0679 DOC (SHx)            Date: August 28, 2013
                                                                                           Page 2

a personal matter." Pl's Objection at 1. He also states that he "made a mistake in that he misinterpreted the documents sent from the court." *Id.* Plaintiff does not elaborate, and does not explain how he misinterpreted the Court's directions.

       Because the Court stated at the August 12, 2013, hearing that an objection from Plaintiff would lead the Court to set aside the dismissal, the Court hereby VACATES the dismissal and RE-OPENS the case. Plaintiff's initial Complaint (Dkt. 1) remains operative. A **new scheduling conference is set for September 23, 2013, at 8:30am**.

       However, Plaintiff is cautioned that his *pro se* status does not entitle him to ignore orders of the Court, and that future absences will not be permitted.

       The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                                                                                                                                        Initials of Deputy Clerk: jcb