# EXHIBIT D



**8542733181 - Timothy Salmas - $932.89**      Account number: 8542733181  [Find]

🛈 1145 message(s) 🛈     ⇐ ⇐⇐    [Add Comm]    (Last 5)

## Bureau Reports by Reporting Date

| Date | Comment Code | Stat | Compliance Condition | Status_Desc |
|---|---|---|---|---|
| 12/19/11 | | 93 | | Account assigned to internal or external collections |
| 01/16/12 | | 93 | | Account assigned to internal or external collections |
| 02/19/12 | | 93 | | Account assigned to internal or external collections |
| 03/21/12 | | 93 | | Account assigned to internal or external collections |
| 04/19/12 | | 93 | | Account assigned to internal or external collections |
| 05/25/12 | | 93 | | Account assigned to internal or external collections |
| 06/18/12 | | 93 | | Account assigned to internal or external collections |
| 07/19/12 | | 93 | | Account assigned to internal or external collections |
| 08/17/12 | | 93 | | Account assigned to internal or external collections |
| 09/16/12 | | 93 | | Account assigned to internal or external collections |
| 10/17/12 | | 93 | | Account assigned to internal or external collections |
| 11/19/12 | | 93 | | Account assigned to internal or external collections |
| 12/18/12 | | 93 | | Account assigned to internal or external collections |
| 01/17/13 | | 93 | | Account assigned to internal or external collections |
| 02/19/13 | | 93 | | Account assigned to internal or external collections |
| 03/20/13 | | 93 | | Account assigned to internal or external collections |
| 04/23/13 | | 93 | XF | Account assigned to internal or external collections |
| 05/21/13 | | 93 | XF | Account assigned to internal or external collections |
| 06/26/13 | | 93 | XF | Account assigned to internal or external collections |
| 07/29/13 | | 93 | XF | Account assigned to internal or external collections |
| 08/19/13 | | 93 | XF | Account assigned to internal or external collections |
| 09/25/13 | | 93 | XF | Account assigned to internal or external collections |

**MIDLAND00032**