David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

*Attorneys for Defendant*
*Midland Funding, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy L. Salmas,<br><br>    Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc.,<br>Midland Funding, LLC, and<br>Encore Capital Management, Inc.,<br><br>    Defendants. | Case No. 8:13-cv-00679-DOC-SH<br><br>**DEFENDANT MIDLAND FUNDING, LLC'S EXHIBIT LIST**<br><br><u>Final Pre-Trial Conference:</u><br>Judge:   Hon. David O. Carter<br>Room:   9-D<br>Date:    March 10, 2014<br>Time:    8:30 a.m.<br><br>Complaint filed April 30, 2013<br>Trial set for April 1, 2014 |

Defendant Midland Funding, LLC unilaterally submits the following trial exhibit list. Plaintiff Timothy L. Salmas has not responded to defense counsel's request for a list of Plaintiff's trial exhibits, despite a reminder that the parties' joint exhibit list was due by February 14, 2014.

\\\

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | T-Mobile customer account information for account number xxxxx4385. (MIDLAND00020.) | | |
| 2 | Letter from Midland Credit Management, Inc. to Timothy Salmas dated October 27, 2011. (MIDLAND00046-47.) | | |
| 3 | Letter from Tim Salmas to Midland Funding, LLC dated April 5, 2013. (MIDLAND00021-31.) | | |
| 6 | Bill of Sale and Assignment from T-Mobile to Midland Funding, LLC. (MIDLAND00017-19.) | | |
| 7 | Bureau Reports by Reporting Date for the T Mobile Account. (MIDLAND00032.) | | |
| 8* | Midland Credit Management, Inc.'s Letter History Inquiry for Timothy Salmas. (MIDLAND00011.) | | |

\\\
\\\
\\\

Dated February 14, 2014,

        /s/ Keith A. Yeomans

David J. Kaminski
Keith A. Yeomans
**CARLSON & MESSER LLP**

*Attorneys for Defendant*
*Midland Funding, LLC*

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045.

On **February 14, 2014,** I served the foregoing document(s) described as: **DEFENDANT MIDLAND FUNDING, LLC'S EXHIBIT LIST** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[] **BY ELECTRONIC MAIL** : Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[] **VIA NEXT DAY FEDERAL EXPRESS**
I delivered the above described documents in the above described envelopes to Federal Express for delivery via FedEx next business afternoon.

[ ] **BY FACSIMILE** - I transmitted via telecopier machine such document to the offices of the addressees.

[] **(STATE)** -I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **14th** day of **February, 2014** at Los Angeles, California.

_/s/ Linda Brooks_
Linda Brooks

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **Timothy Salmas v. Midland Funding, LLC**<br>File No.: 07500.00 |
| 3 | |
| 4 | Timothy L. Salmas          **PLAINTIFF IN PRO SE**<br>12823 Maxwell Dr.<br>Tustin, California 92782 |

2

PROOF OF SERVICE