1  David J. Kaminski (SBN: 128509)
   KaminskiD@cmtlaw.com
2  Keith A. Yeomans (SBN: 245600)
   YeomansK@cmtlaw.com
3  **CARLSON & MESSER LLP**
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  *Attorneys for Defendant*
   *Midland Funding, LLC*

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12

13 | Timothy L. Salmas,                         | Case No. 8:13-cv-00679-DOC-SH             |
14 |          Plaintiff,                        |                                           |
   |                                            | **DEFENDANT MIDLAND FUNDING,**            |
15 |   vs.                                      | **LLC'S WITNESS LIST**                    |
16 | Midland Credit Management, Inc.,           |                                           |
   | Midland Funding, LLC, and                  | Final Pre-Trial Conference:               |
17 | Encore Capital Management, Inc.,           | Judge:  Hon. David O. Carter              |
   |                                            | Room:   9-D                               |
18 |          Defendants.                       | Date:   March 10, 2014                    |
   |                                            | Time:   8:30 a.m.                         |
19 |                                            |                                           |
20 |                                            | Complaint filed April 30, 2013            |
   |                                            | Trial set for April 1, 2014               |
21

22

23     Defendant Midland Funding, LLC submits the following list of witnesses

24 to be called at trial, or to be called at trial only if the need arises:

25

26     1.   John Moreno
            3111 Camino Del Rio North, Suite 1300
27          San Diego, CA, 92108
            (877) 240-2377
28

{00014289;1}                                1                          WITNESS LIST
                                                                  8:13-cv-00679-DOC-SH

2.  Timothy L. Salmas
    12823 Maxwell Drive
    Tustin, CA 92782
    [*Telephone Unknown*]

3.  Unknown representative(s) of Midland Funding, LLC*
    3111 Camino Del Rio North, Suite 1300
    San Diego, CA 92108
    (877) 240-2377

4.  Unknown representative(s) of Midland Credit Management, Inc.*
    3111 Camino Del Rio North, Suite 1300
    San Diego, CA 92108
    (877) 240-2377

Dated February 14, 2014,

/s/ Keith A. Yeomans

David J. Kaminski
Keith A. Yeomans
**CARLSON & MESSER LLP**

*Attorneys for Defendant
Midland Funding, LLC*

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045.

On **February 14, 2014,** I served the foregoing document(s) described as: **DEFENDANT MIDLAND FUNDING, LLC'S WITNESS LIST** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[]  **BY ELECTRONIC MAIL** : Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[]  **VIA NEXT DAY FEDERAL EXPRESS**
I delivered the above described documents in the above described envelopes to Federal Express for delivery via FedEx next business afternoon.

[ ]  **BY FACSIMILE** - I transmitted via telecopier machine such document to the offices of the addressees.

[]  **(STATE)** -I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **14th** day of **February, 2014** at Los Angeles, California.

Linda Brooks

PROOF OF SERVICE

**SERVICE LIST**
**Timothy Salmas v. Midland Funding, LLC**
File No.: 07500.00

Timothy L. Salmas                                   **PLAINTIFF IN PRO SE**
12823 Maxwell Dr.
Tustin, California 92782