FILED

Timothy L. Salmas
12823 Maxwell Dr
Tustin, CA 92782

2014 FEB 18 PM 3:21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Timothy L. Salmas,<br><br>  Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC;<br>MIDLAND FUNDING, LLC;<br>ENCORE CAPITAL MANAGEMENT, INC,<br><br>  Defendant. | Case No.: **SACV13-00679 DOC (SHx)**<br><br>**PLAINTIFF'S STATEMENT OF GENUINE DISPUTE OF MATERIAL FACT IN OPPOSITION OF DEFEDANT'S MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION** |

TO THE HONORABLE JUDGE OF THIS COURT:

  Pursuant to Local Rule 56-2, Plaintiff, Timothy L. Salmas (hereinafter "Plaintiff") submits his Statement of Genuine Disputes of Material Fact in Opposition of Defendant's Motion for Summary Judgment or Adjudication.

///

///

| Statement of Genuine Disputes of Material Fact | Supporting Evidence |
|---|---|
| 1. Plaintiff does not have an account with Midland Funding, LLC | Affidavit of Timothy L. Salmas ¶¶ 1 & 2. |
| 2. Midland Funding, LLC did not purchase a T Mobile account owed by Plaintiff | Declaration of John Moreno, Exhibit A. |
| 3. Midland Credit Management, Inc. did not provide certifications to each of the consumer reporting agencies as to their permissible purpose for obtaining Plaintiff's consumer reports on March 10, 2012. | Affidavit of Timothy L. Salmas ¶ 14; First Amended Complaint ¶¶ 68 & 69. |
| 4. Midland Funding, LLC did not conduct a proper reinvestigation of the disputed "Midland Funding, LLC" account. | Affidavit of Timothy L. Salmas ¶ 17. |
| 5. Midland Credit Management, Inc. did not send a collection letter before 4/30/2013. | Affidavit of Timothy L. Salmas ¶ 4. |
| 6. Midland Credit Management, Inc. has not provided validation of the disputed debt. | Affidavit of Timothy L. Salmas ¶ 9. |

//

| | |
|---|---|
| 7. Plaintiff has not received any follow-up letter from Midland Credit Management, Inc. after having disputed the alleged debt. | Affidavit of Timothy L. Salmas ¶ 9. |

Dated: November 18, 2013

Respectfully Submitted,

*[signature]*

Timothy L. Salmas
12823 Maxwell Dr
Tustin, CA 92782

# CERTIFICATE OF SERVICE`

I, Paul M. Salmas, declare as follows. I am over the age of 18 years. My address is:

12823 Maxwell Dr
Tustin, CA 92782

On February 18, 2014, I served the foregoing document described as:

- PLAINTIFF'S STATEMENT OF GENUINE DISPUTE OF MATERIAL FACT IN OPPOSITION OF DEFEDANT'S MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION;

On all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, using USPS, and deposited said envelope in the United States mail in Tustin, CA, addressed to:

Keith Yeomans
Carlson and Messer LLP
5959 West Century Boulevard Suite 1214
Los Angeles, CA 90045

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2014 at Tustin, CA.

Paul M. Salmas