1

2   Timothy L. Salmas
    12823 Maxwell Dr
3   Tustin, CA 92782

FILED

2014 FEB 18  PM 3: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY:_____

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                        SOUTHERN DIVISION

12

13   Timothy L. Salmas,                 | Case No.: **SACV13-00679 DOC (SHx)**

14              Plaintiff,              | **AFFIDAVIT OF TIMOTHY L. SALMAS**
                                         | **IN SUPPORT OF PLAINTIFF'S**
15                                       | **OPPOSITION TO DEFENDANT'S**
16   vs.                                 | **MOTION FOR SUMMARY JUDGMENT**
                                         | **OR ADJUDICATION**
17   MIDLAND CREDIT MANAGEMENT, INC;
     MIDLAND FUNDING, LLC;
18   ENCORE CAPITAL MANAGEMENT, INC,

19              Defendant.

20

21

22              **AFFIDAVIT OF TIMOTHY L. SALMAS**

23   I, Timothy L. Salmas, am over the age of 18 years, competent to testify, and declare under penalty

24   of perjury regarding case number SACV13-00679 DOC (SHx) Timothy L. Salmas v. MIDLAND

25   CREDIT MANAGEMENT, INC; MIDLAND FUNDING, LLC; ENCORE CAPITAL

26   MANAGEMENT, INC:

27

28   //

1. I have never had an account with Midland Funding, LLC.

2. I have never opened an account with Midland Funding, LLC on 10-19-2011, as appears to be indicated on each of my credit reports.

3. I have never received a collection letter from Midland Funding, LLC.

4. The collection letter from Midland Credit Management, Inc. dated 4-30-2013 was the first collection letter I have ever received from Midland Credit Management, Inc.

5. A true and correct copy of the collection letter from Midland Credit Management, Inc. dated 4-30-2013 is attached hereto as **Exhibit M**.

6. I have never received a collection letter from Midland Credit Management, Inc. prior to the 4-30-2013.

7. Within 30 days of my receipt of Midland Credit Management, Inc.'s 4-30-2013 collection letter, I had mailed a letter disputing the alleged debt and requesting validation.

8. I have attached a true and accurate copy of this letter as **Exhibit N**.

9. I have never received a follow-up letter from Midland Credit Management, Inc. after mailing my letter of dispute.

10. I have never received or been served with discovery pertaining to this lawsuit.

11. As of obtaining my credit reports beginning in April 2013, I have never seen any "T Mobile" account being reported on any of my credit reports.

12. I have brought this lawsuit over matters regarding the reporting of a "Midland Funding, LLC" account, not a "T Mobile" account.

13. I have attached true and accurate copies of these reported accounts as **Exhibits A, B, C**.

14. I have not received any documentation, nor seen any evidence in the record that, Midland Credit Management, Inc.'s provided any certifications to any of the consumer reporting agencies when obtaining my private consumer report on March 10, 2012.

15. I have received notification from Equifax, Experian, and TransUnion informing me of their respective policies for processing disputes of accuracy.

16. I have attached true and accurate copies of each of these letters as **Exhibits J, K, L**.

17. I have never received any documentation, nor seen any evidence in the record that, Midland Funding, LLC had conducted an investigation of the disputed account reported as owned by "Midland Funding LLC".

18. I felt confused and deceived when I disputed the Midland Funding LLC account with Equifax, Experian, and TransUnion, then subsequently received a letter from Midland Credit Management, Inc. attempting to collect a debt.

19. I have suffered emotional distress, sleepless nights, undue worry, loss of happiness, and a fear of my creditworthiness on a daily basis since discovering the reporting of the Midland Funding LLC account on each of my credit reports.

20. Because of the continued reporting of the Midland Funding LLC account on each of my credit reports, I have been afraid to apply for credit to help with my finances and daily life.

21. I have been continually worried about money, my finances, and how I can afford to live in this society that revolves around credit.

22. I felt harassed, oppressed, and helpless when I discovered Midland Funding, LLC has determined the reported account was "accurate" and will continue to report the account.

//

//

23. I have not been educated in filing and proceeding in a lawsuit, and the rules of court, and have had a very difficult time studying and researching how to proceed with seeking justice in this lawsuit, which has caused me more emotional distress, sleepless nights, undue worry, and loss of happiness.

I TIMOTHY L. SALMAS certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 18, 2014

Respectfully Submitted,

Timothy L. Salmas
12823 Maxwell Dr
Tustin, CA 92782

WITNESS my hand and official seal.

D.K. SHAH
COMM...1987901
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. August 13, 2016

Signature of Notary Public

(Notary Seal)

# "EXHIBIT A"

# EQUIFAX

### CREDIT FILE : April 17, 2013

**Confirmation # 3107046584**

| Personal Identification Information *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)* |
|---|

**Please address all future correspondence to:**



www.investigate.equifax.com



Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348



(866) 238-5559
M - F 9:00am to 5:00pm in your time zone.

Name On File:  Tim I. Salmas
Social Security #:
Current Address:  12823 Maxwell Dr, Tustin, CA 92782
Previous Address(es):

Last Reported Employment:

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

| Public Record Information  *(This section includes public record items obtained from local, state and federal courts.)* |
|---|

( Continued On Next Page )

Page 4 of  18

3107046584|GU-001389113- 1088 - 1190 - CS

***Credit Account Information***

*(For your security, the last 4 digits of account number(s) have been replaced by *). (This section includes open and closed accounts reported by credit grantors)*

***Account Column Title Descriptions:***

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| ***Account History Status Code Descriptions*** | | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

( Continued On Next Page )

**Case #: SACV13-00679 DOC (SHx)**

**Exhibit A**

**Midland Funding LLC**   8875 Aero Dr Ste 200 San Diego CA 92123-2255 : (800) 825-8131:

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|
| 8542273* | | 10/19/2011 | $933 | | | | 15 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/2013 | $933 | $933 | | | | 08/2008 | | 12/2011 | | | | | |

Status - Collection Account; Type of Account - Open; Type of Loan - Debt Buyer Account; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Collection Account;

Case #: SACV13-00679 DOC (SHx)

**Page 3 of 3**
**Exhibit A**

# "EXHIBIT B"



TransUnion.

Your Credit Report

Credit Report        Score

» Your Rights

Initiate a Dispute

## Personal Credit Report

TIMOTHY L. SALMAS
Source: TransUnion

April 4, 2013

Display a printer friendly version

We recommend that you print this page. Closing this window will eject you from the free credit report request process and you will be unable to return for a year.

Found an inaccuracy? Click to learn about correcting

File Number: 333294250



**Personal Information**
SSN:

**Names Reported:** TIMOTHY L. SALMAS

You have been on our files since:
Date of Birth:

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< or shading to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

**MIDLAND FUNDING LLC   #854273****
8875 AERO DR
SUITE 200
SAN DIEGO, CA 92123
(800) 825-8131

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 10/19/2011 | Balance: | $933 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 03/20/2013 | | |
| Account Type: | Open Account | Original Amount: | $933 | | |
| Loan Type: | FACTORING COMPANY ACCOUNT | Original Creditor: | T MOBILE | | |
| | | Past Due: | >$933< | | |

Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 07/2015

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

REDACTED

C via **MIDLAND CREDIT MGMT INC**
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131

**Requested On:** 03/10/2013
**Permissible Purpose:** COLLECTION

REDACTED

REDACTED

REDACTED

# "EXHIBIT C"

Experian - Printable Full Report .................................................................... 6/7/2013

:::: Experian·
A world of insight

☒ Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**TIMOTHY LAWRENCE SALMAS**
Your report number is
**1026-8438-56**
Report date:
**06/07/2013**

Index
- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                              back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review                 back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

**Payment history legend**

| | | | |
|---|---|---|---|
| CUR | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | RPO | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | INS | Insurance claim |
| 120 | Account 120 days past due | CWG | Claimfiled with government |
| 150 | Account 150 days past due | DAC | Defaulted on contract |
| 180 | Account 180 days past due | COL | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

### MIDLAND FUNDING

| Address: | Account Number: | Original Creditor: |
|---|---|---|
| 8875 AERO DR STE 200 | 854273... | T-MOBILE |
| SAN DIEGO, CA 92123 | | |
| (800) 825-8131 | | |

Address Identification Number:
0185968669

Status: **NO STATUS.**

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 10/2011 | NA | NA |
| Reported Since: | Terms: | High Balance: |
| 12/2011 | 1 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 12/2011 | NA | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| NA | Individual | NA |

Your Statement:

Account in dispute under Fair Credit Billing Act.

# "EXHIBIT D"

USPS Certified Mail# 7008 2810 0001 7998 5469

Timothy L. Salmas
12823 Maxwell Dr
Tustin, CA 92782

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348

Date: **May 01, 2013**

**ATTN:  LEGAL DEPARTMENT**
**RE: Report Number 3107046584**

To whom it may concern:

I am disputing the following reported items:

<u>Phone Numbers</u>:

REDACTED

<u>Name</u>:
    h. Tim L. Salmas    (Please correct to:  "Timothy L. Salmas")

<u>Age</u>:
    i.  REDACTED

<u>Employer Data</u>:
    j.  REDACTED

<u>Addresses</u>:
    k.  REDACTED
    l.

<u>Accounts</u>:
    1)  REDACTED
    2)
    3)
    4)
    5)
    6)
    7)
    8)  MIDLAND FUNDING, LLC    854273*

Page 1 of 2

**Case #: SACV13-00679 DOC (SHx)**

**Page 1 of 2**
**Exhibit D**

USPS Certified Mail# 7008 2810 0001 7998 5469

☐  Please provide me with a description of the reinvestigation procedure for these items.
☐  Please provide me with the source of information for these items.
☐  Please send me <u>ALL</u> information in my consumer file.
☐  Please send me an updated copy of my credit report.


Thank you for your cooperation in advance.

Regards,

Timothy L. Salmas
SSN: REDACTED

P.S.  Please find below a copy of my Identification Card and Social Security card

REDACTED

Page 2 of 2

**Case #: SACV13-00679 DOC (SHx)**

# "EXHIBIT E"

USPS Certified Mail# 7008 2810 0001 7998 0565

Timothy Lawrence Salmas
12823 Maxwell Drive
Tustin, CA 92782

Trans Union Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Date: **April 5, 2013**

**ATTN: LEGAL DEPARTMENT**
**RE: File Number 333294250**

To whom it may concern:

I am disputing the following items:



1)

2)
3)
4)
5)
6) MIDLAND FUNDING LLC          #854273****

7)

8)

☐  Please provide me with a description of the reinvestigation procedure for each of
these disputed items.
☐  Please provide me with the source of information for these disputed items.
☐  Please send me <u>all</u> information in my consumer file.
☐  Please send me an updated copy of my credit report.

Regards,

Timothy Lawrence Salmas
SSN:

P.S.  Please find attached a copy of my Identification Card and Social Security card

**Case #: SACV13-00679 DOC (SHx)**

**Page 1 of 2**
**Exhibit E**

USPS Certified Mail# 7008 2810 0001 7998 0565



# "EXHIBIT F"

USPS Certified Mail# 7012 3050 0000 9229 5797



- ☐  Please provide me with a description of the reinvestigation procedure for these items.
- ☐  Please provide me with the source of information for these items.
- ☐  Please send me <u>all</u> information in my consumer file.
- ☐  Please send me an updated copy of my credit report.

Thank you for your cooperation in advance.

Regards,

Timothy Lawrence Salmas
SSN: ▓▓▓▓▓▓▓▓

P.S.  Please find attached a copy of my Identification Card and Social Security card



USPS Certified Mail# 7012 3050 0000 9229 5797

Timothy L. Salmas
12823 Maxwell Drive
Tustin, CA 92782

EXPERIAN INFORMATION SOLUTIONS, INC.
475 Anton Blvd.
Costa Mesa, CA 92626-7037

Date: **June 9, 2013**

**ATTN:  LEGAL DEPARTMENT**
**RE: Report Number 1826843856**

To whom it may concern:

I am disputing the following reported items:



Accounts:
  1)
  2)
  3)
  4)  MIDLAND FUNDING                        # 854273...



**Case #: SACV13-00679 DOC (SHx)**

Page 1 of 2
Exhibit F

# "EXHIBIT G"

# EQUIFAX

**CREDIT FILE : June 5, 2013**

**Confirmation #  3136035097**

**Personal Identification Information**  *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File:       Tim L Salmas
Social Security #:
Current Address:     12823 Maxwell Dr, Tustin, CA  92782  Reported: 06/2013

*Please address all future correspondence to:*

www.investigate.equifax.com
Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348

Phone: (888) 425-7961
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Public Record Information**  *(This section includes public record items obtained from local, state and federal courts.)*

**Collection Agency Information**  *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

( Continued On Next Page )                 Page 3 of 12                 3136035097U7-001422246- 249 - 284 - BS

**Case #: SACV13-00679 DOC (SHx)**

**Page 1 of 3**
**Exhibit G**

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

**Account Column Title Descriptions:**

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Payment - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

( Continued On Next Page )                     Page 4 of 12                     3136035097IJ7-001422246- 249  - 284  - BS

**Midland Funding LLC**     8875 Aero Dr Ste 200 San Diego CA 92123-2255 - (800) 825-8131

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 854273* | | 10/19/2011 | $933 | | | | | 15 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/05/2013 | $932 | $932 | | | | 08/2008 | | 12/2011 | | | | | |

Status - Collection Account; Type of Account - Open; Type of Loan - Debt Buyer Account; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account;

( Continued On Next Page )                                    Page 8 of 12                              3136035097IJ7-001422246- 249 - 284 - BS

Case #: SACV13-00679 DOC (SHx)

# "EXHIBIT H"

*** 333294250-007 ***
P.O. Box 2000
Chester, PA 19022-2000



04/30/2013   Trans**Union**.

P2NUUQ00300146-I001161-214808370

ılıılıllıllıılılllıılılılılılılıllllıılllıllllılıl
TIMOTHY LAWRENCE SALMAS
12823 MAXWELL DR
TUSTIN, CA 92782-0915

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| MIDLAND FUNDING LLC | # 854273**** | NEW INFORMATION BELOW |

**Case #: SACV13-00679 DOC (SHx)**

P 2NUUQ-003 00146-I001181 01/08

Page: 3 of 3

| File Number: | 333294250 |
|---|---|
| Date Issued: | 04/30/2013 |

**-Begin Credit Report-**

TransUnion.

## Personal Information

You have been on our files since ▭

**Names Reported:** TIMOTHY LAWRENCE SALMAS

**Addresses Reported:**

**Address**
12823 MAXWELL DR, TUSTIN, CA 92782-0915

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**Case #: SACV13-00679 DOC (SHx)**

P 2NUUQ-003 00146-I001163 03/08

**MIDLAND FUNDING LLC #854273****** ( 8875 AERO DR, SUITE 200, SAN DIEGO, CA 92123, (800) 825-8131)

| | | |
|---|---|---|
| Placed for collection: 10/19/2011 | **Balance:** $932 | **Pay Status:** >In Collection< |
| **Responsibility:** Individual Account | **Date Updated:** 04/20/2013 | |
| **Account Type:** Open Account | **Original Amount:** $933 | |
| **Loan Type:** FACTORING COMPANY ACCOUNT | **Original Creditor:** T MOBILE | |
| | **Past Due:** >$932< | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 07/2015

### - End of Investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

### -End of Credit Report-



Case #: SACV13-00679 DOC (SHx)

P 2NUUQ-003 00146-i001164 04/08

# "EXHIBIT I"

**Experian**
A world of insight

Prepared for: TIMOTHY LAWRENCE SALMAS
Date: July 01, 2013
Report number: 0084-1392-85

Page 1 of 22

**Dear TIMOTHY LAWRENCE SALMAS ,**

To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT:-

PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.-

Scan me with your smart phone
for special offers from Experian

Telephone numbers are reported to us by creditors and others. This may include previous telephone numbers. If you wish to update this information, please contact us with that information.

We are responding to your request to remove a name or Social Security number on your personal credit report. We store information based on identification information provided to us by credit grantors and providers of public records. This is historical information and will remain on file.

You will not receive this explanation again if you dispute this same item within the next 30 days.

We store address information as it is sent to us by your credit grantors or from information contained in public records. One or more sources of information reported the address you questioned and it is a part of your credit history.

If you believe an address in your credit report is inaccurate, you may want to contact the source of the information directly. Please contact us by phone if you need additional assistance to determine the specific sources of particular address information on your credit report.

You will not receive this explanation again if you dispute this same item within the next 30 days.

As a fraud protection measure, we evaluate address information. The notice, "this is a non-residential address," indicates that at one time mail associated with a business was accepted at the address, or the address was used as a mail drop, or a delivery service.

The notice is included on your credit report to advise potential credit grantors to verify that the address is your home address and not a business address. It reflects additional information only about the address, and does not reflect on you or your creditworthiness.

PO Box 9701
Allen, TX 75013

TIMOTHY LAWRENCE SALMAS
12823 MAXWELL DR
TUSTIN CA 92782-0915

0487171111

Case #: SACV13-00679 DOC (SHx)



| | Prepared for: **TIMOTHY LAWRENCE SALMAS** | Page 12 of 22 |
|---|---|---|
| ∴ Experian | Date: **July 01, 2013** | |
| A world of insight | Report number: **0084-1392-85** | |

**MIDLAND FUNDING**
8875 AERO DR STE 200
SAN DIEGO CA 92123
**Phone number**
(800) 825 8131
**Partial account number**
854273
**Address Identification number**
0185568869
**Original creditor** T-MOBILE

**Date opened**
Oct 2011
**First reported**
Dec 2011
**Date of status**
Dec 2011

**Type**
Not reported
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
Not reported
**High balance**
Not reported

**Recent balance** Not reported

**Responsibility**
Individual
**Status**
NO STATUS.
**Comment**
Account in dispute under Fair Credit Billing Act.

0487171111

**"EXHIBIT J"**

Equifax Information Services LLC
PO Box 740256
Atlanta GA 30374

June 19th, 2013

008763

Equifax  -ANS
TIM L SALMAS
12823 Maxwell Dr
Tustin CA  92782-0915

Dear Customer,

**\* In reference to your question regarding the investigation process:**

Upon receipt of your dispute, we first review and consider any relevant information you submitted regarding the nature of your dispute.  Often, Equifax will then transmit your dispute to the furnisher of the information (ie. the bank associated with a disputed credit card) for review and investigation.  Equifax electronically sends a notification of your dispute, including a summary of the relevant information submitted, to the respective furnisher.  The furnisher reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us electronically.

In the case of a public record item such as a judgment, tax lien or bankruptcy, Equifax seeks the most recent filing associated with the disputed information.  This information is often obtained from a medium (ie. paper records or computer database) prescribed by the source of the information (ie. courthouse or other government entity). Equifax may use a business vendor to obtain the most recent filing from the public record source.

As appropriate, Equifax then makes deletions or changes to your credit file.  The name, address and, if reasonably available, the telephone number of the furnisher(s)/source(s) of the information contacted while processing your dispute(s) is shown under the "Results of your investigation" section on the cover letter that accompanies the copy of your revised credit file.

Thank you for giving Equifax Information Services the opportunity to serve you. We appreciate your business.

**Case #: SACV13-00679 DOC (SHx)**

ANS009082-ANS-061909082- 8763 - 9465 A S

**"EXHIBIT K"**

***333294250-010***
PO Box 2000
Chester, PA 19022



| | |
|---|---|
| File Number: | 333294250 |
| Page: | 1 of 1 |
| Date Issued: | 6/18/2013 |


TransUnion.

P2RUOS00204451-I008901-226615264

TIMOTHY LAWRENCE SALMAS
12823 MAXWELL DR
TUSTIN, CA 92782-0915

Thank you for contacting TransUnion. Our goal is to maintain complete and accurate information on consumer credit reports. We have provided the information below in response to your request.

Re: General Policy

TransUnion's procedure for investigating disputed information is to contact, by mail or electronic means, the source of the information. Each source is advised of your dispute and is requested to verify the accuracy and/or completeness of the information reported. For public record information, TransUnion or a third-party we hire will check the applicable local, state and federal court records to verify the accuracy and/or completeness of the information reported.

Once the verification responses are received, the disputed information is updated accordingly. Changes are reflected on the updated credit report that is sent to you at the conclusion of our investigation. If you have any questions regarding the results of the investigation, please contact the creditor(s) directly.

If you have any additional questions or concerns, please contact TransUnion at the address shown below, or visit us on the web at www.transunion.com for general information. When contacting our office, please provide your current file number 333294250.

P.O. Box 2000
Chester, PA 19002-2000

**Case #: SACV13-00679 DOC (SHx)**

P 2RUOS-002 04451-I008901 01/02

**"EXHIBIT L"**



**Experian**
A world of insight

Prepared for: **TIMOTHY LAWRENCE SALMAS**
Date: **June 20, 2013**
Report number: **0084-1392-85**

Page 1 of 2

**Dear TIMOTHY LAWRENCE SALMAS**

When you dispute the accuracy or completeness of information on your personal credit report and tell us specifically why you believe the information is inaccurate or incomplete, we process your dispute as required by law. We contact the furnisher of the information or the vendor that collected the information from a public record source such as a court or other government office. We ask the furnisher or the vendor to conduct a thorough and complete investigation to verify all of the information



Scan me with your smart phone for special offers from Experian.

regarding the item you disputed, and report back within 30 days of the date that we received your request (21 days for Maine residents and 45 days for disputes of information on an annual free credit report). We review and consider the response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete that information, or modify that information, as appropriate, based upon your dispute and the results of our processing. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results. In some instances, upon reviewing your credit file and any relevant information you have submitted to us, we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. In addition to your right to dispute information in your credit file with the credit reporting agencies, you also have the right to dispute information in your credit report directly with the furnisher of the information.

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting agency's role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting agency must offer to include a consumer statement on the personal credit report.

The Consumer Financial Protection Bureau (the government agency charged with enforcement of the FCRA) **does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature slips, contracts, etc., nor does it require that consumer credit reporting agencies act as mediators or negotiators in account disputes.**

PO Box 9701
Allen, TX 75013

TIMOTHY LAWRENCE SALMAS
12832 MAXWELL DR
TUSTIN CA 92782-0915

0487171111

**Case #: SACV13-00679 DOC (SHx)**

Experian
A world of insight.

Prepared for:  TIMOTHY LAWRENCE SALMAS
Date:  June 20, 2013
Report number:  0084-1392-85

Page 2 of 2

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

0487171111

# "EXHIBIT M"



midland credit management, inc.

P.O. BOX 939069
SAN DIEGO, CA  92193-9019

04/30/2013

    TIMOTHY SALMAS
    12823 MAXWELL DR
    TUSTIN CA 92782

| | | |
|---|---|---|
| Contact Information: | Tel | 800-825-8131 |
| | Fax | 800-306-4443 |
| Hours of Operation: | M-Th 6am-7pm; | |
| | Fri-Sat 6am-5pm PST | |
| Original Creditor: | T-MOBILE | |
| Original Account No.: | 415044385 | |
| MCM Account No.: | 8542733181 | |

Dear  TIMOTHY SALMAS

The purpose of this letter is to advise you of the results of our investigation of your dispute of the credit reporting of your above-referenced account pursuant to the Fair Credit Reporting Act.

Please be advised that we have determined that our credit reporting of the above-referenced account is accurate or we have updated it with the three major credit bureaus to make it accurate.  Please note that it typically takes 30-45 days for the credit reporting agencies to update your account.   Further, we will continue to request that the three major credit bureaus list the status of this account as "Disputed."

If you have additional documentation or information regarding your dispute, please send it to:

              Attention:  Consumer Support Services
              P.O. Box 939069
              San Diego, CA 92193

We can be reached at **800-825-8131 Ext. 32980** should you have any further questions.  In the meantime, we have requested that the three major credit bureaus change the status of this account to "Disputed."  As requested by you, we will no longer be contacting you regarding this account by phone or mail unless it is to further respond to a dispute by you under the Fair Credit Reporting Act.

Sincerely,

Consumer Support Services

PLEASE SEE NEXT PAGE FOR IMPORTANT DISCLOSURE INFORMATION

Case #: SACV13-00679 DOC (SHx)
0693



**IMPORTANT DISCLOSURE INFORMATION**

> Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

As required by law, you are hereby notified that a negative credit
report reflecting on your credit record may be submitted to a
credit-reporting agency if you fail to fulfill the terms of your
credit obligations.

Case #: SACV13-00679-DOC (SHx)

## T-Mobile West Corporation
### CUSTOMER ACCOUNT INFORMATION

**Customer Account**

| | | | | | |
|---|---|---|---|---|---|
| **ACCOUNT NUMBER:** | 415044385 | **CUSTOMER NAME:** | TIMOTHY SALMAS | | |
| **SSN:** | XXX-XX-5322 | **LAST BILLING AMOUNT:** | $915.01 | **LAST BILLING DATE:** | 12/27/2008 |
| **PHONE:** | 7144043897 | **BILLING ADDRESS:** | 12823 MAXWELL DR TUSTIN, CA 927820915 | | |

**Prior Billing Address**

| | | | | |
|---|---|---|---|---|
| **BILLING ADDRESS:** | 12823 MAXWELL DR | | | |
| **CITY:** | TUSTIN | **STATE:** CA | **ZIPCODE:** 92782 0915 | |

**Billing Information**

| | |
|---|---|
| BILLING ACCOUNT NUMBER: | 415044385 |
| BILL CYCLE CLOSE DATE: | 12/01/2008 |
| BILL DUE DATE: | 12/27/2008 |
| PREVIOUS BALANCE AMOUNT: | $933.01 |
| PAYMENTS RECEIVED IN LAST BILLING CYCLE: | ---- |
| PAST DUE AMOUNT: | $915.01 |
| LATE PAYMENT FEE: | $5.00 |
| TOTAL AMOUNT DUE: | $932.89 |
| MONTHLY RECURRING CHARGES: | $12.20 |
| COMBINATION OF ALL ADJUSTMENTS AND CREDITS: | $-18.00 |
| COMBINATION OF CHARGES RELATED TO THE USAGE AT THE ACCOUNT LEVEL: | $0.20 |
| ONE TIME CHARGES (EXAMPLE: EARLY TERMINATION OR COLLECTION FEES): | $5.00 |
| COMBINATION OF FEDERAL, STATE, CITY ETC. TAXES AND SURCHARGES: | $0.48 |

Data printed by Midland Credit Management, Inc. from electronic records created, maintained, and provided by T-Mobile West Corporation.

Case #: SACV13-00679 DOC (SHx)



PO BOX 939069
SAN DIEGO, CA 92193-9069

Address Service Requested

Master
05/01/2013
US POSTAGE
ZIP 92123
011D11635610

FIRST-CLASS MAIL
$00.46⁹

PERSONAL AND CONFIDENTIAL

04/30/2013

TIMOTHY SALMAS
12823 MAXWELL DR
TUSTIN CA 92782

92782091523

**Case #: SACV13-00679 DOC (SHx)**

# "EXHIBIT N"

USPS Certified Mail# 7012 3050 0000 9229 5506

Tim Salmas
12823 Maxwell Drive
Tustin, CA 92782

MIDLAND CREDIT MANAGEMENT, INC.
3111 Camino Del Rio North Ste 1300
San Diego, CA 92108
(800) 825-8131

Date: May 4, 2013

To whom it may concern:

I am in receipt of your correspondence dated April 30, 2013 attempting to collect a
debt (see attached).  Unfortunately, the information you furnished does not
constitute legal and proper validation of this alleged debt.  There's no contract to
show my obligation and commitment to this alleged debt, no general ledger
accounting that was supplied along with a contract, and that information was not
supplied by someone identified as the person who created and maintains those
records and verified – sworn to under penalty of perjury to be true, accurate and not
misleading.

I dispute the alleged debt in its entirety.  This is not a refusal to pay, nor is it a
request for "verification" or proof of my name or mailing address.  This is a request
for VALIDATION made pursuant to the Fair Debt Collection Practices Act.

Provide me with the following:

- Name and address of the original creditor.
- Name and address of the current creditor.
- Proper and complete documentation showing how you calculated the alleged
  amount.
- Proper and complete documentation showing I agreed to pay you the alleged
  amount.
- Proper and complete documentation of a judgment giving you the right to collect
  anything from me.

Until proper VALIDATION is provided, you are to cease all collection efforts.  Do not
telephone me.  Do not contact any other persons about the alleged debt.  You must
direct all communications intended to reach me via US mail only.

If your offices fail to respond to this validation request within 30 days from the date
of your receipt, all references to this account must be deleted and completely
removed from my credit files, and a copy of such deletion request shall be sent to
me immediately.

Regards,

Timothy L. Salmas

**Case #: SACV13-00679 DOC (SHx)**

USPS Certified Mail# 7012 3050 0000 9229 5506

## CREDITOR DISCLOSURE STATEMENT

Name and Address of Collector (assignee): _____

_____

Name and Address of Debtor: _____

_____

Account Number(s): _____

What are the terms of assignment for this account? You may attach a facsimile of any records relating to such terms.

_____

_____

Have any insurance claims been made by any creditor been made by any creditor or assignee regarding this account? Yes /no

Has the purported balance of this account been used in any tax deduction claim? Yes / no

Please list the particular products or services sold by the collector to the debtor and the dollar amount of each:

_____

_____

Upon failure or refusal of collector to validate this collection action, collector agrees to waive all claims against the debtor named herein and pay debtor for all costs and attorney fees involved in defending this collection action.

X_____          _____
Authorized signature for Collector                    Date

Please return this completed form and attach all assignment or other transfer agreements that would establish your right to collect this debt. Your claim cannot be considered if any portion of this form is not completed and returned with the required documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. If you do not respond as required by this law, your claim will not be considered and you may be liable for damages for continued collection efforts.

**Case #: SACV13-00679 DOC (SHx)**

**CERTIFICATE OF SERVICE`**

I, Paul M. Salmas, declare as follows.  I am over the age of 18 years.  My address is:

  12823 Maxwell Dr
  Tustin, CA 92782

On February 18, 2014, I served the foregoing document described as:

  - AFFIDAVIT OF TIMOTHY L. SALMAS IN SUPPORT OF PLAINTIFF'S
    OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR
    ADJUDICATION;

On all interested parties in this action by placing a true and correct copy thereof in a sealed

envelope, with first-class postage prepaid thereon, using USPS, and deposited said envelope in the

United States mail in Tustin, CA, addressed to:

  Keith Yeomans
  Carlson and Messer LLP
  5959 West Century Boulevard Suite 1214
  Los Angeles, CA 90045

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2014 at Tustin, CA.


                                        Paul M. Salmas