David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

*Attorneys for Defendant*
*Midland Funding, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy L. Salmas,<br><br>        Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Management, Inc.,<br><br>        Defendants. | Case No. 8:13-cv-00679-DOC-SH<br><br>**DECLARATION OF KEITH A. YEOMANS IN SUPPORT OF DEFENDANT MIDLAND FUNDING, LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AGAINST PLAINTIFF TIMOTHY L. SALMAS** |

### DECLARATION OF KEITH A. YEOMANS

I, Keith A. Yeomans, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and before the Central District of California and am a senior associate with the law firm of Carlson & Messer LLP, attorneys of record for Defendant Midland Funding, LLC in this matter.

2.      On January 28, 2014, I took the deposition of Plaintiff Timothy Salmas. A true and correct copy of excerpts from the Deposition of Timothy Salmas are attached hereto as Exhibit A.

3.      On December 13, 2013, Carlson & Messer LLP served requests for admission, interrogatories, and requests for production of documents on Plaintiff Timothy Salmas.

4.      On January 9, 2014, I received an e-mail from Plaintiff alleging that he never received a deposition notice that was served along with the written discovery requests.

5.      On January 9, 2014, I sent an e-mail to Plaintiff with electronic copies of the outstanding discovery. A true and correct copy of the e-mail and the attached discovery is attached hereto as Exhibit B[1].

6.      On January 10, 2014, I received an e-mail from Plaintiff confirming receipt of the discovery. A true and correct copy of the e-mail is attached hereto as Exhibit C.[2]

7.      To date, Plaintiff has not served any responses or objections to the outstanding discovery.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 24th day of February, 2014, at Los Angeles, California.

_____
Keith A. Yeomans

---

[1] Several prior e-mails were redacted and several attachments unnecessary to the present motion were omitted.
[2] Several prior e-mails were redacted.