**EXHIBIT "A"**

MS
0750000

RECEIVED
OCT 0 8 2013

Timothy L. Salmas
12823 Maxwell Dr
Tustin, CA 92782

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Timothy L. Salmas,<br><br>        Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING LLC,<br><br>        Defendant. | Case No.: SACV13-00679 DOC (SHx)<br><br>**Rule 26(a)(1) Initial Disclosures** |

### PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Pursuant to Fed. R. Civ. 26(a)(1), Plaintiff makes the following disclosures based on the information currently and reasonably available to Plaintiff:

**A. Individuals Likely to Have Discoverable Information Supporting Plaintiff's Claims**

    1. Timothy L. Salmas
       12823 Maxwell Dr
       Tustin, CA 92782

Knowledge of the allegations and claimed damages set forth in the Complaint

Dated: October 4, 2013

Respectfully Submitted,

*[signature]*

Timothy L. Salmas
12823 Maxwell Dr
Tustin, CA 92782