**EXHIBIT "C"**

# Keith Yeomans

| | |
|---|---|
| **From:** | Keith Yeomans |
| **Sent:** | Wednesday, February 12, 2014 2:34 AM |
| **To:** | 'timothysalmas@gmail.com' (timothysalmas@gmail.com) |
| **Cc:** | David Kaminski |
| **Subject:** | Salmas v. Midland Funding (07500.00) |

Mr. Salmas,

The parties joint exhibit list is due Friday. Please briefly describe every exhibit you may introduce at trial. I may have already designated some of the exhibits you intend to introduce. To avoid duplication, my list of exhibits is as follow:

1    T-Mobile customer account information for account number xxxxx4385. (MIDLAND00020.)

2    Letter from Midland Credit Management, Inc. to Timothy Salmas dated October 27, 2011. (MIDLAND00046-47.)

3    Letter from Tim Salmas to Midland Funding, LLC dated April 5, 2013. (MIDLAND00021-31.)

4    Letter from from Midland Credit Management, Inc. to Timothy Salmas dated April 30, 2013. (MIDLAND00042-45.)

5    Letter from Timothy L. Salmas to Midland Credit Management, Inc. dated May 4, 2013. (MIDLAND00038-41.)

6    Bill of Sale and Assignment from T-Mobile to Midland Funding, LLC. (MIDLAND00017-19.)

7    Bureau Reports by Reporting Date for the T Mobile Account. (MIDLAND00032.)

8*   Additional customer data for T-Mobile account number xxxxx4385. (MIDLAND00009.)

9*   Midland Credit Management, Inc.'s Letter History Inquiry for Timothy Salmas. (MIDLAND00011.)

10*  Midland Credit Management, Inc.'s Production Notes for Plaintiff's Account. (MIDLAND00012-16.)

If you intend to introduce any exhibits other than those listed above, I need a list of them similar to those exhibits listed as 1 through 10, above. Because you must physically sign the Joint Exhibit List, please provide me your list by Thursday morning. I will then prepare a final draft for you signature and e-mail it to you Thursday afternoon. Once you receive it, I will need you to print, date, sign and return it to me be Friday at noon so that it can be timely filed.

Sincerely,


Keith Yeomans
Carlson & Messer LLP

1

5959 W. Century Blvd., Ste. 1214
Los Angeles, CA 90045
yeomansk@cmtlaw.com

t:  (310) 242-2200
d: (310) 242-2211
f:  (310) 242-2222

THE INFORMATION CONTAINED IN THIS E-MAIL IS PRIVILEGED, CONFIDENTIAL, AND INTENDED ONLY FOR THE PERSONAL USE OF THE DESIGNATED RECIPIENTS.  SENDER DOES NOT CONSENT TO THE ELECTRONIC SERVICE OF ANY LEGAL DOCUMENTS, INCLUDING EX PARTE NOTICE, EXCEPT AS REQUIRED BY LAW.