EXHIBIT "D"

## Keith Yeomans

| | |
|---|---|
| **From:** | Keith Yeomans |
| **Sent:** | Thursday, January 09, 2014 4:00 PM |
| **To:** | Timothy Salmas |
| **Cc:** | David Kaminski |
| **Subject:** | RE: Salmas v. Midland Funding (07500.00) |
| **Attachments:** | 2nd Suppl Discls.pdf; Expert Disclosures.pdf; Not of Plaintiff's Depo.pdf; Suppl Disclosures.pdf; Written Discovery, Set 1.pdf |

Attached are courtesy copies of all discovery related materials served since December.

Keith Yeomans
Carlson & Messer LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, CA 90045
yeomansk@cmtlaw.com

t: (310) 242-2200
d: (310) 242-2211
f: (310) 242-2222

THE INFORMATION CONTAINED IN THIS E-MAIL IS PRIVILEGED, CONFIDENTIAL, AND INTENDED ONLY FOR THE PERSONAL USE OF THE DESIGNATED RECIPIENTS. SENDER DOES NOT CONSENT TO THE ELECTRONIC SERVICE OF ANY LEGAL DOCUMENTS, INCLUDING EX PARTE NOTICE, EXCEPT AS REQUIRED BY LAW.