David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
Midland Funding, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy L. Salmas,<br><br>    Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Management, Inc.,<br><br>    Defendants. | Case No. 8:13-cv-00679-DOC-SH<br><br>**DECLARATION OF KEITH A. YEOMANS IN SUPPORT OF DEFENDANT MIDLAND FUNDING, LLC'S MOTIONS *IN LIMINE* NOS. 1 & 2** |

### DECLARATION OF KEITH A. YEOMANS

I, Keith A. Yeomans, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the Central District of California and am a senior associate with the law firm of Carlson & Messer LLP ("Carlson & Messer"), attorneys of record for Defendant Midland Funding, LLC in this matter.

2. On October 13, 2013, Carlson & Messer received initial disclosures from Plaintiff. A true and correct copy of Plaintiff's initial disclosures are attached hereto as exhibit A and is incorporated herein by reference.

3. On December 13, 2013, Carlson & Messer served requests for admission, requests for production of documents, and interrogatories on Plaintiff. A true and correct copy of the written discovery is attached hereto as Exhibit B and is incorporated herein by reference.

4. On January 9, 2014, courtesy copies were sent to Plaintiff by e-mail. A true and correct copy of the e-mail, omitting the attachments for brevity, is attached hereto as Exhibit C and is incorporated herein by reference.

5. To date, Carlson & Messer has not received any response to the outstanding discovery.

6. To date, Carlson & Messer has not received any list of trial witnesses from Plaintiff.

7. On February 12, 2014, counsel for Midland Funding sent an e-mail to Plaintiff requesting a list of his trial exhibits in order to comply with Local Rule 16-6. A true and correct copy of the e-mail is attached hereto as Exhibit D and is incorporated herein by reference.

8. To date, Carlson & Messer has not received any list of trial exhibits from Plaintiff.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 27th day of February, 2014, at Los Angeles, California.


/s/Keith A. Yeomans
Keith A. Yeomans