**EXHIBIT "B"**

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Keith A. Yeomans (SBN 245600)
yeomansk@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
MIDLAND FUNDING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. SALMAS, | CASE NO. 8:13-CV-00679-DOC-SH |
| Plaintiff, | |
| vs. | **DEFENDANT MIDLAND FUNDING, LLC'S FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF** |
| MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC and ENCORE CAPITAL MANAGEMENT, INC., | |
| Defendants. | |

PROPOUNDING PARTY:     Defendant MIDLAND FUNDING, LLC

RESPONDING PARTY:     Plaintiff TIMOTHY L. SALMAS

SET NUMBER:     One

Pursuant to Rules 33, 34 and 36 of the Federal Rules of Civil Procedure, Defendant MIDLAND FUNDING, LLC ("Defendant") requests that Plaintiff TIMOTHY L. SALMAS ("Plaintiff") respond to the following set of Interrogatories, Requests for Production and Requests for Admissions, in writing, within 30 days after service hereof.

{00012145.DOC;1}                    1

**DEFINITIONS**

1.    The term "YOU" or "YOUR" refers to Plaintiff TIMOTHY L. SALMAS and to each person or entity acting on his behalf.

2.    The term "MIDLAND FUNDING" means Defendant MIDLAND FUNDING, LLC.

3.    The term "DEBT" means the "DEBT" referred to in YOUR First Amended Complaint.

4.    The term "WRITING" means any and all handwritten material, typewritten material, printed material, photocopies, photographs, documents, notes, letters, e-mails, and every other means of recording upon any tangible thing, together with any form of communication or other representation which would fall within the purview of Rule 34 of the Federal Rules of Civil Procedure, including any kind of information or "WRITING" contained on computers, computer disks, and any type or kind of computer-generated information.

5.    When YOU are asked to "IDENTIFY" a WRITING, YOU are required to describe such WRITING with the particularity required for a subpoena duces tecum or motion to produce.

6.    The term "IDENTIFY" when used in reference to a natural person means to state his or her full name, present business and home addresses and telephone numbers, present employer and position with employer, the relationship, business or otherwise, between such person and the person answering the interrogatory.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Please state all facts which support YOUR contention that MIDLAND FUNDING violated the Fair Credit Reporting Act, as alleged in Count II of YOUR First Amended Complaint.

/ / /

{00012145.DOC;1}          2

**INTERROGATORY NO. 2:**

Please state all facts which support YOUR contention that MIDLAND FUNDING violated the California Consumer Credit Reporting Agencies Act, as alleged in Count II of YOUR First Amended Complaint.

**INTERROGATORY NO. 3:**

Please state all facts which support YOUR contention that MIDLAND FUNDING violated the Fair Debt Collection Practices Act, as alleged in Count IV of YOUR First Amended Complaint.

**INTERROGATORY NO. 4:**

Please state all facts which support YOUR contention that MIDLAND FUNDING violated the California Rosenthal Fair Debt Collection Practices Act, as alleged in Count V of YOUR First Amended Complaint.

**INTERROGATORY NO. 5:**

Please state all facts which support YOUR contention that MIDLAND FUNDING is a "debt collector" within the meaning 15 U.S.C. § 1692a(6), as alleged in Paragraph 7 of YOUR First Amended Complaint.

**INTERROGATORY NO. 6:**

Please state all facts which support YOUR contention that MIDLAND FUNDING failed to conduct a reasonable reinvestigation of YOUR disputes of the DEBT.

**INTERROGATORY NO. 7:**

Please state all facts which support YOUR contention that MIDLAND FUNDING has reported false and erroneous information to the consumer reporting agencies regarding the DEBT.

**INTERROGATORY NO. 8:**

Please state all facts which support YOUR contention that "the alleged account was non-existent and/or erroneous," as alleged in Paragraph 29 of YOUR First Amended Complaint.

**INTERROGATORY NO. 9:**

Please state all facts which support YOUR contention that MIDLAND FUNDING, Defendant MIDLAND CREDIT MANAGEMENT, INC. and Defendant ENCORE CAPITAL MANAGEMENT, INC. are "each the alter ego of the other" as alleged in Paragraph 46 of YOUR First Amended Complaint.

**INTERROGATORY NO. 10:**

Please state all facts which support YOUR contention that YOU are entitled to actual damages, as alleged in YOUR First Amended Complaint.

**INTERROGATORY NO. 11:**

Please state all facts which support YOUR contention that YOU are entitled to punitive damages, as alleged in YOUR First Amended Complaint.

**INTERROGATORY NO. 12:**

Please IDENTIFY all persons who can support the contentions made in YOUR First Amended Complaint as described in Interrogatories Nos. 1-11 above.

**INTERROGATORY NO. 13:**

Please IDENTIFY all WRITINGS which support the contentions made in YOUR First Amended Complaint as described in Interrogatories Nos. 1-11 above.

**INTERROGATORY NO. 14:**

Please state YOUR present residence address, YOUR residence address for the past five years, and the dates YOU lived at each address.

**INTERROGATORY NO. 15:**

Please state every telephone number YOU have owned from 2006 to the present, and IDENTIFY the telephone service provider for each such telephone number.

**INTERROGATORY NO. 16:**

Please IDENTIFY the original creditor for the DEBT, and state the original creditor's account number for the DEBT.

///

**INTERROGATORY NO. 17:**

Do YOU currently have, or have YOU ever had, an account with T-Mobile?

**INTERROGATORY NO. 18:**

If YOUR response to Interrogatory No. 17 above is in the affirmative, please state the account number for each and every account YOU currently have, or ever have had, with T-Mobile.

**INTERROGATORY NO. 19:**

Has the T-Mobile account number 415044385 ever belonged to YOU?

**INTERROGATORY NO. 20:**

Has the telephone number 714-404-3897 ever belonged to YOU?

**INTERROGATORY NO. 21:**

Please IDENTIFY every telephone service provider for the telephone number 714-404-3897, and state the dates each provided service for the number.

**INTERROGATORY NO. 22:**

Please state all dates at which YOU claim YOU disputed the DEBT with a consumer reporting agency, and IDENTIFY the consumer reporting agency for each such dispute.

**INTERROGATORY NO. 23:**

Please describe with particularity each and every piece of information stated on YOUR credit report regarding the DEBT which YOU contend is inaccurate and/or incomplete.

**INTERROGATORY NO. 24:**

For each response to MIDLAND FUNDING's Requests for Admissions served concurrently herewith (see below) that is not an unqualified admission, please state the number of the Request, all facts upon which the response is based, IDENTIFY the persons with knowledge of those facts, and IDENTIFY all WRITINGS which support the response.

/ / /

{00012145.DOC;1}                              5

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Please produce any and all WRITINGS which support YOUR contention that MIDLAND FUNDING violated the Fair Credit Reporting Act, as alleged in Count II of YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce any and all WRITINGS which support YOUR contention that MIDLAND FUNDING violated the California Consumer Credit Reporting Agencies Act, as alleged in Count II of YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce any and all WRITINGS which support YOUR contention that MIDLAND FUNDING violated the Fair Debt Collection Practices Act, as alleged in Count IV of YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce any and all WRITINGS which support YOUR contention that MIDLAND FUNDING violated the California Rosenthal Fair Debt Collection Practices Act, as alleged in Count V of YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce any and all WRITINGS which support YOUR contention that MIDLAND FUNDING is a "debt collector" within the meaning 15 U.S.C. § 1692a(6), as alleged in Paragraph 7 of YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce any and all WRITINGS which support YOUR contention that MIDLAND FUNDING failed to conduct a reasonable reinvestigation of YOUR disputes of the DEBT.

/ / /

/ / /

/ / /

**REQUEST FOR PRODUCTION NO. 7:**

Please produce any and all WRITINGS which support YOUR contention that MIDLAND FUNDING has reported false and erroneous information to the consumer reporting agencies regarding the DEBT.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce any and all WRITINGS which support YOUR contention that "the alleged account was non-existent and/or erroneous," as alleged in Paragraph 29 of YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce any and all WRITINGS which support YOUR contention that MIDLAND FUNDING, Defendant MIDLAND CREDIT MANAGEMENT, INC. and Defendant ENCORE CAPITAL MANAGEMENT, INC. are "each the alter ego of the other" as alleged in Paragraph 46 of YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce any and all WRITINGS which support YOUR contention that YOU are entitled to actual damages, as alleged in YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce any and all WRITINGS which support YOUR contention that YOU are entitled to punitive damages, as alleged in YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce an unredacted copy of the entirety of all telephone bills for each and every telephone number YOU have owned from 2006 to the present.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce any and all WRITINGS regarding the DEBT.

/ / /

**REQUEST FOR PRODUCTION NO. 15:**

Please produce any and all WRITINGS regarding each and every account YOU currently have, or ever have had, with T-Mobile, from 2006 to the present.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce any and all WRITINGS regarding the T-Mobile account number 415044385.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce an unredacted copy of the entirety of all telephone bills for the telephone number 714-404-3897, from 2006 to the present.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce any and all WRITINGS regarding YOUR disputes of the DEBT with the consumer reporting agencies.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce a copy of each and every credit report which YOU contend contains inaccurate and/or incomplete information regarding the DEBT.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce any and all WRITINGS (including but not limited to application forms, agreements, correspondence, statements, invoices, and copies of payments) between YOU and the original creditor for the DEBT.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce all any and all WRITINGS (including but not limited to correspondence, statements and copies of payments) between YOU and MIDLAND FUNDING regarding the DEBT.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce all any and all WRITINGS (including but not limited to correspondence, statements and copies of payments) between YOU and Defendant MIDLAND CREDIT MANAGEMENT, INC. regarding the DEBT.

///

**REQUEST FOR PRODUCTION NO. 23:**

Please produce all any and all WRITINGS (including but not limited to correspondence, statements and copies of payments) between YOU and Defendant ENCORE CAPITAL MANAGEMENT, INC. regarding the DEBT.

**REQUEST FOR PRODUCTION NO. 24:**

Please produce all any and all WRITINGS (including but not limited to correspondence, statements, and dispute notifications and responses thereto) between YOU and any of the consumer reporting agencies regarding the DEBT.

**REQUEST FOR PRODUCTION NO. 25:**

Please produce any and all other WRITINGS not previously furnished which YOU intend to introduce into evidence at trial or which support or refute any allegation made by YOU in YOUR First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 26:**

Please produce any and all WRITINGS between YOU any person or entity attempting to collect any debt from YOU for the 12-month period immediately preceding the date this action was filed.

**REQUEST FOR PRODUCTION NO. 27:**

Please produce any and all WRITINGS IDENTIFIED by YOU in YOUR response to MIDLAND FUNDING's Interrogatory No. 24 served concurrently herewith (see above).

**REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 1:**

Admit that MIDLAND FUNDING did not violate the Fair Credit Reporting Act.

**REQUEST FOR ADMISSION NO. 2:**

Admit that MIDLAND FUNDING did not violate the California Consumer Credit Reporting Agencies Act.

/ / /

{00012145.DOC;1}                                        9

**REQUEST FOR ADMISSION NO. 3:**

Admit that MIDLAND FUNDING did not violate the Fair Debt Collection Practices Act.

**REQUEST FOR ADMISSION NO. 4:**

Admit that MIDLAND FUNDING did not violate the California Rosenthal Fair Debt Collection Practices Act.

**REQUEST FOR ADMISSION NO. 5:**

Admit that MIDLAND FUNDING is not a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f).

**REQUEST FOR ADMISSION NO. 6:**

Admit that MIDLAND FUNDING is not a "consumer credit reporting agency" as defined in California Civil Code § 1785.3(d).

**REQUEST FOR ADMISSION NO. 7:**

Admit that MIDLAND FUNDING is not a "debt collector" as defined in 15 U.S.C. § 1692a(6).

**REQUEST FOR ADMISSION NO. 8:**

Admit that MIDLAND FUNDING is not a "debt collector" as defined in California Civil Code § 1788.2(c).

**REQUEST FOR ADMISSION NO. 9:**

Admit that debt collection is a permissible purpose for a consumer reporting agency to furnish a credit report under the Fair Credit Reporting Act.

**REQUEST FOR ADMISSION NO. 10:**

Admit that debt collection is a permissible purpose for a consumer credit reporting agency to furnish a credit report under the California Consumer Credit Reporting Agencies Act.

**REQUEST FOR ADMISSION NO. 11:**

Admit that YOU owe the DEBT.

/ / /

FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF
CASE NO. 8:13-CV-00679-DOC-SH

**REQUEST FOR ADMISSION NO. 12:**

Admit that MIDLAND FUNDING, Defendant MIDLAND CREDIT MANAGEMENT, INC. and Defendant ENCORE CAPITAL MANAGEMENT, INC. are not alter egos of each other.

**REQUEST FOR ADMISSION NO. 13:**

Admit that YOU have no evidence that MIDLAND FUNDING, Defendant MIDLAND CREDIT MANAGEMENT, INC. and Defendant ENCORE CAPITAL MANAGEMENT, INC. are alter egos of each other.

**REQUEST FOR ADMISSION NO. 14:**

Admit that MIDLAND FUNDING has not harassed, oppressed, or abused YOU.

**REQUEST FOR ADMISSION NO. 15:**

Admit that the DEBT referred to in YOUR First Amended Complaint is for the unpaid balance on T-Mobile account number 415044385.

**REQUEST FOR ADMISSION NO. 16:**

Admit that T-Mobile account number 415044385 is YOUR account.

**REQUEST FOR ADMISSION NO. 17:**

Admit that T-Mobile account number 415044385 was YOUR account at some point in time.

**REQUEST FOR ADMISSION NO. 18:**

Admit that the telephone number 714-404-3897 is YOUR telephone number.

**REQUEST FOR ADMISSION NO. 19:**

Admit that the telephone number 714-404-3897 was YOUR telephone number at some point in time.

**REQUEST FOR ADMISSION NO. 20:**

Admit that YOU have not sustained any actual damages as a result of any conduct of MIDLAND FUNDING.

/ / /

**REQUEST FOR ADMISSION NO. 21:**

Admit that YOU have no evidence that YOU have sustained any actual damages as a result of any conduct of MIDLAND FUNDING.

**REQUEST FOR ADMISSION NO. 22:**

Admit that YOU have no evidence to support YOUR claim for punitive damages in this lawsuit.

**REQUEST FOR ADMISSION NO. 23:**

Admit that YOU have not sought or received any treatment or other services from any healthcare providers (including but not limited to mental health providers) for any condition related to the matters alleged in YOUR First Amended Complaint.

**REQUEST FOR ADMISSION NO. 24:**

Admit that MIDLAND FUNDING did not at any time intend to annoy, abuse, harass, or cause any type of harm to YOU.

**REQUEST FOR ADMISSION NO. 25:**

Admit that YOU have no evidence that MIDLAND FUNDING at any time intended to annoy, abuse, harass, or cause any type of harm to YOU.

DATED: December 13, 2013            CARLSON & MESSER LLP


By: _David J. Kaminski_
David J. Kaminski
Keith A. Yeomans
Attorneys for Defendant
MIDLAND FUNDING, LLC

{00012145.DOC;1}                    12

**PROOF OF SERVICE**

STATE OF CALIFORNIA                    )
                                       )    ss
COUNTY OF LOS ANGELES                  )

    I am employed in the County of Los Angeles, State of California.

    I am over the age of eighteen years and not a party to the within action.  My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California  90045.

    On **December 13, 2013**, I served the foregoing document(s) described as: **DEFENDANT MIDLAND FUNDING, LLC'S FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF** on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **BY MAIL:**  I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP.  I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]   **BY ELECTRONIC MAIL:**  Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list).  I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **BY FACSIMILE** – I transmitted via telecopier machine such document to the interested parties at the facsimile number(s) listed on the attached service list.

[]   **(STATE):**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL):**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **13**th day of **December, 2013**, at Los Angeles, California.

_Linda Brooks_
Linda Brooks

1

1

**SERVICE LIST**
Timothy L. Salmas v. Midland Credit Management
File No. 07500.00

2

3
Timothy L. Salmas
12823 Maxwell Dr.
Tustin, CA  92782

4

5
**PLAINTIFF IN PRO SE**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28