LODGED

2014 FEB 27 PM 3:20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

DENIED
BY ORDER OF
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE
ON 2-28-14

*David O. Carter*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Timothy L. Salmas,                    )   Case No.: SACV13-00679 DOC (SHx)
          Plaintiff,                   )   **(PROPOSED) ORDER**
vs.                                    )   **GRANTING** _Plaintiff_ 's
Midland Credit Management, Inc.       )   (indicate Plaintiff or Defendant)
Midland Funding, LLC;                 )   ~~MOTION~~ Ex Parte application to continue
Encore Capital Management, Inc        )   hearing for summary
          Defendant(s).               )   judgment and mediation.
_____      )
                                       )

Having considered _Plaintiff_ 's Motion and finding good cause therefore,
          (indicate Plaintiff or Defendant)

                                                    Ex Parte
     IT IS HEREBY ORDERED that _Plaintiff_ 's Motion
                               (indicate Plaintiff or Defendant)

to continue hearing for summary judgment to March 17,
                    (describe your motion)

2014, and mediation to March 21, 2014.

is GRANTED.

DATED: _____

                          DENIED
                          BY ORDER OF
                          DAVID O. CARTER
                          UNITED STATES DISTRICT JUDGE
          _____
          District Court Judge

Pro Se Clinic Form

1
Order