1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. SALMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC.,<br><br>    Defendants. | Case No. 8:13-CV-00679-DOC-SH<br><br>[PROPOSED] JUDGMENT  [52] |

    In accordance with this Court's Order dated March 3, 2014, **IT IS ORDERED, ADJUDGED AND DECREED** that:

    1.    Judgment is entered in favor of Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. against Plaintiff Timothy L. Salmas and Plaintiff shall take nothing by his claims against Defendants for:

        a.    Violation of Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§

1681-1681x;

  b. Violation of the Consumer Credit Reporting Agencies Act ("CCRAA"), California Civil Code §§ 1785.2-1785.11

  c. Violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692g;

  d. Violation of the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code § 1788.17-1788.30.

2. The foregoing claims are dismissed with prejudice.

3. ~~Defendants shall recover their costs~~.

4. As no further claims are before this Court, this case is dismissed.

DATED: April 3, 2014

              /s/ David O. Carter
              Hon. David O. Carter
              United States District Court Judge